IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JENNIFER E. WILLIAMSON                                                 PLAINTIFF

vs.                           Civil No. 4:16-cv-04068

NANCY A. BERRYHILL                                                 DEFENDANT
Acting Commissioner, Social Security Administration

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED this 30th day of June 2017.**

                                                                  /s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE